1  ISMAIL RAMSEY (BAR NO. 189820)
   izzy@ramsey-ehrlich.com
2  MILES EHRLICH (BAR NO. 237954)
   miles@ramsey-ehrlich.com
3  FELICIA GROSS (BAR NO. 231909)
   felicia@ramsey-ehrlich.com
4  RAMSEY & EHRLICH LLP
5  803 Hearst Avenue
   Berkeley, CA 94710
6  (510) 548-3600 (Tel)
7  (510) 291-3060 (Fax)

8  *Attorneys for Defendant Anthony Johnston*

**FILED**

FEB 1 0 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> RAPHAEL FRANCO PEREZ, *et al.* <br><br> *Defendants.* | Case No.: CR 09-00103 CRB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE** <br><br> Magistrate Judge Maria-Elena James <br><br> Date: February 11, 2009 <br> Time: 9:30 a.m. <br> Dept: Courtroom B, 15th Floor |

1  Defendant Anthony Johnston and the United States of America hereby stipulate to
2  continue the detention hearing presently scheduled for Wednesday, February 11, 2009 at 9:30 a.m.
3  to a date to be determined. Defendant reserves the right to request a detention hearing at a
4  mutually agreeable date in the future.
5  The parties further stipulate that the parties shall appear for an identification of
6  counsel hearing on Thursday, February 12, 2009 at 9:30 a.m.

DATED: February 10, 2009      RAMSEY & EHRLICH LLP

By: /s/ Felicia Gross
    Miles Ehrlich
    Felicia Gross

*Attorneys for Defendant Anthony Johnston*

DATED: February 10, 2009      JOSEPH RUSSONIELLO
    United States of America

By: /s/ Waqar Hasib
    Waqar Hasib

*Assistant United States Attorney*

Case No. 09-CR-00103 (CRB)
STIPULATION AND [PROPOSED] ORDER

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, this Court orders:

(1) That the detention hearing currently scheduled for Wednesday, February 11, 2009 at 9:30 a.m,. be taken off calendar, subject to the Defendant's right to request such hearing at a future date; and

(2) That the parties shall appear for an identification of counsel hearing on Thursday, February 12, 2009 at 9:30 a.m.

IT IS SO ORDERED.

DATED: February 10, 2009        By: _____
                                Hon. Maria-Elena James
                                United States Magistrate Judge

Case No. 09-CR-00103 (CRB)
STIPULATION AND [PROPOSED] ORDER