IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY JOHNSTON,<br><br>    Defendant.              / | No. C 09-00103-9 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendant has filed a motion to vacate pursuant to 28 U.S.C. § 2255. See Mot. (dkt. 405). He argues that his prior offenses do not qualify as crimes of violence and that his constitutional claim under Johnson v. United States, 135 S. Ct. 2551 (2015) is viable. See generally id. Good cause appearing therefor, the Government is hereby ORDERED to file an opposition to Defendant's motion within 60 days of this Order. Defendant may file a response within 30 days thereafter, if he wishes to do so.

    **IT IS SO ORDERED.**

Dated: May 31, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0103\osc 2255.wpd